## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ACER AMERICA CORPORATION,<br><br>　　　　　　Defendant. | C.A. No. 12-326-LPS |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Data Carriers, LLC ("Plaintiff") and Defendant Acer America Corporation ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 4, 2013

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| /s/ Stephen B. Brauerman<br>Richard D. Kirk (No. 922)<br>Stephen B. Brauerman (No. 4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com | /s/ Richard L. Horwitz<br>Richard L. Horwitz (No. 2246)<br>David E. Moore (No. 3983)<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiff*<br>*Data Carriers, LLC* | *Attorneys for Defendant*<br>*Acer America Corporation* |

OF COUNSEL:

Marc A. Fenster
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474

OF COUNSEL:

Kai Tseng
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(650) 593-6300

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br>　　　　　Plaintiff,<br>v.<br>ACER AMERICA CORPORATION,<br>　　　　　Defendant. | C.A. No. 12-326-LPS |

### ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims by Plaintiff Data Carriers, LLC ("Plaintiff") against Defendant Acer America Corporation ("Defendant") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013.

It is further ORDERED that all attorneys' fees, costs, and expenses are to be borne by the party that incurred them.

Dated this ____ day of _____, 2013.　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

3